RECEIVED

APR 0 3 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 94-60059-001 |
| VS. | JUDGE HAIK |
| GERALD J. BROUSSARD | MAGISTRATE JUDGE HILL[1] |

### ORDER OF DETENTION PENDING REVOCATION HEARING
*of Supervised Release*

Defendant appeared before Magistrate Judge Mildred E. Methvin on April 3, 2008, following his arrest on a petition for revocation of supervised release. He waived a preliminary hearing and a detention hearing.

In accordance with F.R.CR.P. 32.1(a)(6), the release of a person arrested for a violation of probation or supervised release is governed by 18 U.S.C. §3143(a), that portion of the Bail Reform Act which governs release pending sentence or appeal. Under the latter provision, the person must be detained pending the revocation hearing unless the court finds by "clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." Furthermore, "[t]he burden of establishing that the defendant will not flee or pose a danger to any other person or to the community rests with the defendant." F.R.CR.P. 32.1(a)(6)

*Findings and Conclusions*

☒ The defendant is charged with violations of several conditions of supervised release, mandatory as well as standard conditions, including: positive drug screen, failure to report to the probation office, failure to work regularly at a job, failure to allow visits by the probation officer (absconding supervision).

---

[1] The case was formerly assigned to Magistrate Judge Pamela Tynes, who resigned and was replaced by Magistrate Judge Hill in 2001.

2

☒	The defendant waived a detention hearing, and therefore failed to show by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

### Directions Regarding Detention

IT IS ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending a revocation hearing in this matter or further court order. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Signed at Lafayette, Louisiana on April 3, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)